IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GAIL CUSTADIO,                              )
Administratrix of the Estate of Stephen Custadio  )
                                            )
           Plaintiff,                       )        Civil Action No.
                                            )
v.                                          )
                                            )
EUROPEAN COLOUR, PLC                        )
                                            )
           Defendant.                       )
                                            )

05 10556 JLT

## EUROPEAN COLOUR, PLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant European Colour, PLC ("European Colour"), hereby submits its corporate disclosure statement and states:

European Colour does not have any parent corporations and no publicly held company owns 10% or more of European Colour's stock.

> EUROPEAN COLOUR, PLC
>
> By their attorneys,
>
> _/s/ Timothy W. Mungovan_
> J. William Codinha, BBO No. 087740
> Timothy W. Mungovan, BBO No. 600702
> Gina M. McCreadie, BBO No. 661107
> NIXON PEABODY LLP
> 100 Summer Street
> Boston, MA 02110
> Tel: (617) 345-1000
> Fax: (617) 345-1300

Dated: March 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, we served a copy of the following: (1) Notice of Removal; (2) European Colour, PLC's Corporation Disclosure Statement; (3) Civil Cover Sheet; (4) Local Cover Sheet; (5) Check in the amount of $250.00; and (6) Certificate of Service by hand on:

Neil Sugarman, Esq.
Jodi M. Petrucelli, Esq.
Sugarman and Sugarman, P.C.
One Beacon Street, 13th Floor
Boston, MA  02108

_____
Gina M. McCreadie