IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAIL CUSTADIO,<br>Administratrix of the Estate of Stephen Custadio<br><br>    Plaintiff,<br>v.<br><br>EUROPEAN COLOUR, PLC<br><br>    Defendant. | Civil Action No. 05-CV-10556-JLT |

## DEFENDANT'S ASSENTED-TO MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Local Rule 7.1, Defendant European Colour, PLC ("European Colour"), with the assent of Plaintiff Gail Custadio, Administratrix of the Estate of Stephen Custadio ("Custadio"), hereby moves this Court to enlarge the time for European Colour to answer or otherwise respond to the Complaint through and including April 27, 2005. In support of this Motion, European Colour states as follows:

1. On or about January 13, 2005, Custadio filed a Complaint in Massachusetts, in the Bristol Superior Court.

2. On or about March 3, 2005, European Colour received a copy of the Complaint.

3. On March 23, 2005, European Colour filed a notice of removal with the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1441.

4. Accordingly, pursuant to Fed. R. Civ. P. 81, the deadline to answer or otherwise respond to the Complaint is Monday, March 28, 2005.

5. European Colour now requests this Court to enlarge the time for European Colour to answer or otherwise respond to the Complaint through and including April 27, 2005.

6.Good cause exists for such an enlargement. Custadio received an Order from the Bristol Superior Court appointing a special process server for the purpose of serving the Complaint on European Colour pursuant to the *Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters*, Feb. 10, 1969, 20 U.S.T. 361. To this date, European Colour has been unable to determine whether service of process was properly effected pursuant to the Hague Convention. Further, as European Colour is located in the United Kingdom and its counsel is located in Boston, Massachusetts, European Colour has had insufficient time to develop and evaluate the facts as to whether there is a basis to file a motion to dismiss for, including but not limited to, lack of jurisdiction over the person, insufficiency of process, insufficiency of service of process, and failure to state a claim upon which relief can be granted.

7.Custadio has assented to this enlargement of time for European Colour to answer or otherwise respond to the Complaint, through and including April 27, 2005.

WHEREFORE, Defendant European Colour respectfully requests this Court to:

1.Enlarge the time for Defendant European Colour to answer or otherwise respond to the Complaint, through and including April 27, 2005; and

2.Grant such further relief as justice requires.

        Respectfully submitted,

        EUROPEAN COLOUR, PLC

        By its attorneys,

        J. William Codinha, BBO No. 087740
        Timothy W. Mungovan, BBO No. 600702
        Gina M. McCreadie, BBO No. 661107
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA  02110
        Tel:  (617) 345-1000
        Fax:  (617) 345-1300

Dated:  March 25, 2005