Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                              SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                          CIVIL ACTION
[SEAL]                                    No.   05-50-B

Gail Custadio, Administratrix of the Estate of Stephen Custadio , Plaintiff (s)

v.

European Colour, PLC , Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
   PLEASE INDICATE TYPE OF ACTION INVOLVED :—
   TORT — MOTOR VEHICLE TORT — CONTRACT —
   EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   **EUROPEAN COLOUR, PLC**

You are hereby summoned and required to serve upon ...Jodi M. Petrucelli, Sugarman and Sugarman, P.C.

plaintiff's attorney, whose address is ..One Beacon Street, 13th Floor, Boston, MA 02108 an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at ..Fall River, MA...... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. **Barbara J. Rouse** ~~Suzanne V. DelVecchio~~ Adm. Justice of the Superior Court Dept. of the Trial Court, at ~~Boston~~ Fall River, the ....twenty-fourth........... day of ....... February..................., in the year of our Lord two thousand and ..five..................

*(signature)* , Esq.
(Magistrate)

*Sidebar: NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.*

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

stadio, et. al., Plaintiff(s)
vs.
pean Colour PLC, et. al., Defendant(s)

Service of Process by
**APS International, Ltd**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

**AFFIDAVIT OF SERVICE – Corporate**
Service of Process on:
--European Colour, PLC

SUGARMAN & SUGARMAN, P.C.

Court Case No. 05-50-B

Ms. Donna Stone
One Beacon Street
Boston, MA 02108

I, Thomas Alexander Munro of Adam House, 14 New Burlington Street, London, W1S 3BQ, undersigned, being duly sworn, deposes and says that at the time of service, I was over the age of twenty-one, was not a party to this action; that on Thursday 3rd March 2005 at 1215hrs at Hempshaw Lane, Stockport, Cheshire, SK1 4LG, the undersigned served the document described as:

Order to Appoint Special Process Server, Motion to Appoint Special Process Server and to Extend Time for Service of Process, Civil Action Cover Sheet, Complaint, Summons

A true and correct copy of the aforesaid document(s) was served on:

**European Colour PLC**

By personally serving **Michael Quayle**, who acknowledged that he was authorised to accept service on behalf of the company, in accordance with the Companies Act 1985 and Civil Procedure Rules in England and Wales.

Undersigned declares under penalty and perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8th March 2005

Signature of Server

APS International, Ltd.
APS File#: 243918-0001

Notary Public

M. J. MAXWELL
NOTARY PUBLIC
LIVERPOOL, ENGLAND