# Commonwealth of Massachusetts
## County of Bristol
### The Superior Court

CIVIL DOCKET#: BRCV2005-00050-B

RE:    Custadio, Administratrix v European Colour PLC

TO:    FILE COPY

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **03/24/2005** the following entry was made on the above referenced docket:

**Case REMOVED this date to US District Court of Massachusetts**
Dated at Taunton, Massachusetts this 24th day of March, 2005.

Marc J. Santos,<br>
Clerk of the Courts

BY:

Valerie A. Brodeur<br>
Assistant Clerk

Telephone: (508) 823-6588

**Commonwealth of Massachusetts**
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

*FILED CLERKS OFFICE*

## BRCV2005-00050
### Custadio, Administratrix v European Colour PLC

*2005 MAR 23  P 2: 57*

*U.S. DISTRICT COURT
DISTRICT OF MASS*

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 01/18/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 03/24/2005 | **Session** | B - CtRm 2 - (Fall River) | | |
| **Origin** | 1 | **Case Type** | B08 - Wrongful death (229.002A) | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 04/18/2005 | **Answer** | 06/17/2005 | **Rule12/19/20** | 06/17/2005 |
| **Rule 15** | 04/13/2006 | **Discovery** | 03/09/2007 | **Rule 56** | 05/08/2007 |
| **Final PTC** | 09/05/2007 | **Disposition** | 01/18/2008 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Gail Custadio, Administratrix
653 Highland Avenue
Dartmouth, MA 02747
Active 01/18/2005

**Private Counsel 484340**
Neil Sugarman
Sugarman & Sugarman
1 Beacon Street
13th Floor
Boston, MA 02108
Phone: 617-542-1000
Fax: 617-542-1359
Active 01/18/2005 Notify

**Private Counsel 561911**
Jodi M Petrucelli
Sugarman & Sugarman
1 Beacon Street
13th Floor
Boston, MA 02108
Phone: 617-542-1000
Fax: 617-542-1359
Active 01/18/2005 Notify

**Alias plaintiff name**
Estate of Stephen Custadio
Active 01/18/2005

**Private Counsel 484340**
Neil Sugarman
Sugarman & Sugarman
1 Beacon Street
13th Floor
Boston, MA 02108
Phone: 617-542-1000
Fax: 617-542-1359
Active 01/18/2005 Notify

**Private Counsel 561911**
Jodi M Petrucelli
Sugarman & Sugarman
1 Beacon Street
13th Floor
Boston, MA 02108
Phone: 617-542-1000
Fax: 617-542-1359
Active 01/18/2005 Notify

A True Copy By Photostatic Process
Attest:

*[signature]*
Asst. Clerk of Courts

**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## BRCV2005-00050
## Custadio, Administratrix v European Colour PLC

**Defendant**
European Colour PLC
Service pending 01/18/2005

**Private Counsel 600702**
Timothy W Mungovan
Nixon Peabody
101 Federal Street
Boston, MA 02110-1832
Phone: 617-345-1000
Fax: 617-345-1300
Active 03/24/2005 Notify

**Private Counsel 661107**
Gina M. McCreadie
100 Summer Street
Boston, MA 02110
Phone: 617-354-1000
Fax: 617-345-1300
Active 03/24/2005 Notify

**Other interested party**
FILE COPY
Active 01/18/2005 Notify

| ENTRIES | | |
|---|---|---|
| **Date** | **Paper** | **Text** |
| 01/18/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 01/18/2005 | | Origin 1, Type B08, Track A. |
| 02/07/2005 | 2.0 | Plaintiff Gail Custadio, Administratrix, Estate of Stephen Custadio's |
| | | MOTION for appointment of special process server and to extend time |
| | | for service of process on the defendant, European Colour PLC. |
| 02/14/2005 | | MOTION (P#2) ALLOWED (Richard T. Moses, Justice) Notices mailed |
| | | February 14, 2005 |
| 02/22/2005 | 3.0 | ORDER to Appoint Special Process Server. (E. Susan Garsh, Justice) |
| 03/22/2005 | 4.0 | Notice of filing for removal to the U.S. District Court |
| 03/24/2005 | | Case REMOVED this date to US District Court of Massachusetts |

| EVENTS |
|---|

**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
**Case Summary**
**Civil Docket**

# BRCV2005-00050
## Custadio, Administratrix v European Colour PLC

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 01/18/2005 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |

COMMONWEALTH OF MASSACHUSETTS

JAN 18 2005

BRISTOL, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No. 805 - 0050

EUROPEAN COLOUR PLC,

Defendant

## COMPLAINT

### The Parties

1.    The plaintiff, Gail Custadio, Administratrix of the Estate of Stephen Custadio, resides at 653 Highland Avenue, Dartmouth, County of Bristol, Commonwealth of Massachusetts.

2.    At all material times the plaintiff, Gail Custadio, was the wife of the late Stephen Custadio.

3.    The defendant, European Colour PLC, is a foreign corporation with an usual place of business at Hempshaw Lane, Stockport, Cheshire, United Kingdom.

2

## The Facts

4.    The defendant, European Colour PLC, regularly conducts business within the Commonwealth of Massachusetts and regularly received profits from business conducted within the Commonwealth of Massachusetts.

5.    On or about November 20, 2003, the plaintiff's decedent, Stephen Custadio, was working within the scope of his employment at Roma Color, Inc. (E.C. Pigments USA), Fall River, County of Bristol, Commonwealth of Massachusetts.

6.    On the above date and place, while Mr. Custadio was standing on a materials lift, and exercising due care, the lift suddenly and without warning fell approximately two stories resulting in injury to Stephen Custadio.

7.    At all material times, the defendant, European Colour PLC, controlled, supervised, directed and/or was involved and responsible for the operation, safety, and supervision of Roma Color, Inc. and owed a duty to Roma Color, Inc. and its employees to ensure a safe work place.

8.    The incident described above was a result of the carelessness and negligence and/or gross negligence of the defendant, its servants, agents, employees and/or others for whom it may be legally responsible.

9.    As a result of the carelessness and negligence of the defendant as described above, the plaintiff's decedent suffered fatal injuries resulting in his death. After the incident described above and before his death, Stephen Custadio endured conscious pain and suffering.

10.    The plaintiff's decedent, Stephen Custadio, left surviving next of kin.

3

## CAUSES OF ACTION

### (Each Cause of Action Specifically Incorporates by Reference
### All of Those Paragraphs Previously Set Forth)

First Cause of Action

11.    This is an action by the plaintiff, Gail Custadio, Administratrix of the Estate of Stephen Custadio, against the defendant, European Colour PLC, for negligence resulting in personal injuries suffered by the decedent prior to his death.

Second Cause of Action

12.    This is an action by the plaintiff, Gail Custadio, Administratrix of the Estate of Stephen Custadio, against the defendant, European Colour PLC, for negligence resulting in the death of Stephen Custadio for the use of benefit of the next of kin of said decedent in accordance with the provisions of M.G.L. c. 229.

Third Cause of Action

13.    This is an action by the plaintiff, Gail Custadio, Administratrix of the Estate of Stephen Custadio, against the defendant, European Colour PLC, for punitive damages in causing the death of Stephen Custadio through gross negligence in accordance with the provisions of M.G.L. c. 229.

### Demands for Relief

14.    The plaintiff, Gail Custadio, as Administratrix of the Estate of Stephen Custadio, demands judgment against the defendant, European Colour PLC, with interest and costs, as to the First, Second and Third Causes of Action.

4

## Jury Claim

15.    The plaintiff claims a trial by jury.

PLAINTIFF,

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Neil Sugarman - BBO #484340
Jodi M. Petrucelli - BBO #561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

Dated: January   13   , 2005

IMAN 145990v1

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) BD3-0050 | Trial Court of Massachusetts Superior Court Department County: Bristol |
|---|---|---|

**PLAINTIFF(S)**
Gail Custadio, Administratrix of the Estate of Stephen Custadio

**DEFENDANT(S)**
European Colour PLC

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**  617-542-1000
Neil Sugarman - BBO#484340
Jodi M. Petrucelli - BBO#561911
Sugarman and Sugarman, P.C., One Beacon St.,
Board of Bar Overseers number: 13th Floor, Boston, MA 02108

**ATTORNEY (if known)**

BRISTOL, SUPERIOR COURT

### Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)   JAN 1 8 2005
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B08 | Wrongful Death | ( A ) | ([X]) Yes    ([ ]) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . $
                                                                Subtotal $ . . . . . . . . . 0.00
B. Documented lost wages and compensation to date . . . . . . . . . . . . OVER . . . . . . . . . . $ . . . . . 100,000.00
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . PER YEAR . . . . . . . . . . . . . . $ . . . . . 100,000.00
F. Other documented items of damages (describe)    FUNERAL EXPENSES
                                                                $ . . . . . 11,830.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

On November 20, 2003, Stephen Custadio, husband of Gail Custadio, was killed when a mechanical lift fell two flights to the ground. Prior to his death, Mr. Custadio suffered great pain and anguish.
                                                                $ . . . . . 211,830.00
                                                        TOTAL $ . . 211,830.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

                                                        TOTAL $. . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 1/13/05

AOTC-6 mlc005-11/99
A.O.S.C. 1-2000

LAW OFFICES OF

# SUGARMAN AND SUGARMAN, P.C.

PAUL R. SUGARMAN
NEIL SUGARMAN
W. THOMAS SMITH
ROBERT W. CASBY
VALERIE A. YARASHUS
JODI M. PETRUCELLI
MARIANNE C. LEBLANC
G. THOMAS PAULING
STEPHEN K. SUGARMAN
BENJAMIN R. ZIMMERMANN
DAVID P. MCCORMACK
ERIC J. DINNOCENZO

ONE BEACON STREET
BOSTON, MA  02108
(617) 542-1000
FACSIMILE (617) 542-1359
www.sugarman.com

NATHAN FINK (1920 – 1974)

Jodi M. Petrucelli
jpetrucelli@sugarman.com

January 13, 2005

**CERTIFIED MAIL, RETURN
RECEIPT REQUESTED**

JAN 1 8 2005

Clerk for Civil Business
Bristol Superior Court
9 Court Street, Room 13
Taunton, MA 02780

> Re:   **Gail Custadio, Administratrix of the Estate of Stephen Custadio v.
> European Colour, PLC**

Dear Sir or Madam:

Enclosed please find Complaint and Massachusetts Trial Court Civil Action
Cover Sheet in connection with the above-entitled matter.  Kindly file same.  Also,
enclosed please find our check in the amount of $275.00 to cover your filing fee.

Please mark the docket number for this action on the enclosed postcard and
return it to this office.

Your attention to this matter is greatly appreciated.

Very truly yours,

SUGARMAN AND SUGARMAN, P.C.

JODI M. PETRUCELLI

JMP:ds
Enclosure

IMAN 157781v1



BRISTOL, SS SUPERIOR COURT
FILED

COMMONWEALTH OF MASSACHUSETTS

FEB 2005

BRISTOL, SS.

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No. 05-50-B

EUROPEAN COLOUR PLC,

Defendant

## MOTION TO APPOINT SPECIAL PROCESS SERVER
## AND TO EXTEND TIME FOR SERVICE OF PROCESS
## ON THE DEFENDANT, EUROPEAN COLOUR PLC

The plaintiff moves that APS International, Ltd. be appointed special process server for the purpose of serving the defendant, European Colour PLC, pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, 20 UST 361. The plaintiff moves that an Order in the form attached hereto as "A" enter to appoint APS International, Ltd.

The plaintiff further moves that the time within which they must serve European Colour PLC, pursuant to the Hague Convention, be extended to three (3) months from the date of allowance of this Motion. As grounds for this extension, the plaintiff states as follows:

2/14/05    Motion Allowed
(JSC)

2

1.    the defendant, European Colour PLC, is a foreign corporation based in Stockport, United Kingdom;

2.    the plaintiff must serve European Colour PLC with the Summons and Complaint in this matter in accordance with the requirements of the Hague Convention and international law;

3.    APS International, Ltd. is an international process server with the ability to properly serve European Colour PLC in the United Kingdom;

4.    plaintiff's counsel has been informed by APS International that service in the United Kingdom, pursuant to the Hague Convention, normally takes 12 to 16 weeks.

THEREFORE, the plaintiff reasonably believes that three (3) months from the date of allowance of this Motion will be sufficient to complete service on European Colour PLC, pursuant to the Hague Convention.

PLAINTIFF,

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Neil Sugarman - BBO #484340
Jodi M. Petrucelli - BBO #561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

Dated: February 7, 2005

IMAN 158843v1

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

*Copy 3.*

EXHIBIT "A"

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No.  05-50-B

EUROPEAN COLOUR PLC,

Defendant

## ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDER THAT:

APS International, Ltd. is authorized to effect service or process on the

defendant, European Colour PLC, in the United Kingdom in accordance with the Hague

Convention and international law.

Dated: Feb 22 , 2005

_____
E Sra  Cans l         , J.

IMAN 158844v1

A True Copy By Photostatic Process
Attest

Asst. Clerk of Courts

BRISTOL, SS SUPERIOR COURT
FILED

COMMONWEALTH OF MASSACHUSETTS

FEB 17 2005

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

BRISTOL, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No. 05-50-B

EUROPEAN COLOUR PLC,

Defendant

## MOTION TO APPOINT SPECIAL PROCESS SERVER
## AND TO EXTEND TIME FOR SERVICE OF PROCESS
## ON THE DEFENDANT, EUROPEAN COLOUR PLC

The plaintiff moves that APS International, Ltd. be appointed special process

server for the purpose of serving the defendant, European Colour PLC, pursuant to the

Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in

Civil or Commercial Matters, 20 UST 361. The plaintiff moves that an Order in the form

attached hereto as "A" enter to appoint APS International, Ltd.

The plaintiff further moves that the time within which they must serve European

Colour PLC, pursuant to the Hague Convention, be extended to three (3) months from

the date of allowance of this Motion. As grounds for this extension, the plaintiff states

as follows:

2

1.    the defendant, European Colour PLC, is a foreign corporation based in Stockport, United Kingdom;

2.    the plaintiff must serve European Colour PLC with the Summons and Complaint in this matter in accordance with the requirements of the Hague Convention and international law;

3.    APS International, Ltd. is an international process server with the ability to properly serve European Colour PLC in the United Kingdom;

4.    plaintiff's counsel has been informed by APS International that service in the United Kingdom, pursuant to the Hague Convention, normally takes 12 to 16 weeks.

THEREFORE, the plaintiff reasonably believes that three (3) months from the date of allowance of this Motion will be sufficient to complete service on European Colour PLC, pursuant to the Hague Convention.

PLAINTIFF,

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Neil Sugarman - BBO #484340
Jodi M. Petrucelli - BBO #561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

Dated: February 7, 2005

IMAN 158843v1

A True Copy By Photostatic Process
Attest:

Asst. Clerk of Courts

EXHIBIT "A"

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No.  05-50-B

EUROPEAN COLOUR PLC,

Defendant

## ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDER THAT:

APS International, Ltd. is authorized to effect service or process on the

defendant, European Colour PLC, in the United Kingdom in accordance with the Hague

Convention and international law.

Dated:_____, 2005          _____
                                                          , J.

IMAN 158844v1

LAW OFFICES OF
# SUGARMAN AND SUGARMAN, P.C.

PAUL R. SUGARMAN
NEIL SUGARMAN
W. THOMAS SMITH
ROBERT W. CASBY
VALERIE A. YARASHUS
JODI M. PETRUCELLI
MARIANNE C. LEBLANC
G. THOMAS PAULING
STEPHEN K. SUGARMAN
BENJAMIN R. ZIMMERMANN
DAVID P. MCCORMACK
ERIC J. DINNOCENZO

ONE BEACON STREET
BOSTON, MA  02108
(617) 542-1000
FACSIMILE (617) 542-1359
www.sugarman.com

NATHAN FINK (1920 – 1974)

Jodi M. Petrucelli
jpetrucelli@sugarman.com

February 4, 2005

**VIA FEDERAL EXPRESS**

Joseph Vincent, Assistant Clerk
Bristol Superior Court
441 North Main St., Room 1
Fall River, MA 02720

    Re:    **Gail Custadio, Administratrix of the Estate of Stephen Custadio v.
European Colour, PLC
Bristol (Fall River) Superior Court Civil Action No. 05-50-B**

Dear Sir or Madam:

Enclosed please find an original and copy of Motion to Appoint Special Process Server and to Extend Time for Service of Process on the Defendant, European Colour, PLC with Order, regarding the above-entitled matter.

I greatly appreciate your docketing this Motion and bringing it to <u>Judge Moses'</u> attention.

Thank you for your assistance to this matter.

Very truly yours,

SUGARMAN AND SUGARMAN, P.C.

JODI M. PETRUCELLI

JMP:ds
Enclosures

IMAN 158934v1

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS

BRISTOL SUPERIOR COURT
CIVIL DIVISION
DOCKET NO. 05-50-B

GAIL CUSTADIO,
Administratrix of the Estate of Stephen Custadio       )
                                                       )
                        Plaintiff,                     )
                                                       )
v.                                                     )
                                                       )
EUROPEAN COLOUR, PLC                                   )
                                                       )
                        Defendant.                     )

> BRISTOL, SS SUPERIOR COURT
> FILED
> MAR 2 2 2005
> MARC J. SANTOS, ESQ.
> CLERK/MAGISTRATE

## NOTICE OF FILING FOR REMOVAL

TO:     Civil Clerk                          Neil Sugarman, Esq.
        Bristol Superior Court               Jodi M. Petrucelli, Esq.
        9 Court Street                       Sugarman and Sugarman, P.C.
        Room 13                              One Beacon Street, 13th Floor
        Taunton, MA 02780                    Boston, MA  02108

   PLEASE TAKE NOTICE that Defendant, European Colour, PLC, on the 22nd day of

March 2005, filed in the United States District Court for the District of Massachusetts a Notice of

Removal in the above-captioned case, a copy of which is attached hereto as Exhibit 1 and

incorporated herein by reference.

                                        EUROPEAN COLOUR, PLC

                                        By their attorneys,

                                        J. William Codinha, BBO No. 087740
                                        Timothy W. Mungovan, BBO No. 600702
                                        Gina M. McCreadie, BBO No. 661107
                                        NIXON PEABODY LLP
                                        100 Summer Street
                                        Boston, MA  02110
                                        Tel:  (617) 345-1000
                                        Fax:  (617) 345-1300

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was
served upon the attorney of record for each other party
by mail(by hand) on 3/22/05            .
_Gina McCreadie_

Dated:  March 22, 2005

BOS1475318.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| GAIL CUSTADIO,<br>Administratrix of the Estate of Stephen Custadio | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | |
| EUROPEAN COLOUR, PLC | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF REMOVAL**

Defendant European Colour, PLC ("European Colour") pursuant to 28 U.S.C. § 1446,

files this Notice of Removal of the above-captioned action from the Bristol Superior Court,

Bristol County, Massachusetts where it is denominated as Civil Action No. 05-50-B, to the

United States District Court for the District of Massachusetts. As grounds for this removal,

European Colour states as follows:

1.     Without admitting, and expressly denying, the validity of service, and reserving

the right to challenge the sufficiency of process and the sufficiency of service of process, on or

about March 3, 2005, Plaintiff Gail Custadio, Administratrix of the Estate of Stephen Custadio

("Custadio") provided to European Colour a copy of a Complaint filed by Custadio in this action.

A true and accurate copy of the Complaint and Summons provided to European Colour in this

action is attached hereto as Exhibit A.

2.     Without admitting, and expressly denying, the validity of Custadio's causes of

action, the amount in controversy in this action, based upon information and belief, exceeds the

sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Custadio

has claimed in the Civil Action Cover Sheet filed with the Bristol Superior Court that Plaintiff's decedent suffered damages of $211,830.00.

3.    In the Complaint, Custadio alleges that she is a resident of Bristol, Massachusetts and is a Massachusetts citizen. European Colour is a foreign corporation organized under the laws of England and Wales with a principal place of business at Hempshaw Lane, Stockport, Cheshire, United Kingdom.

4.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because this action is between a citizen of Massachusetts and a citizen of the United Kingdom and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs. Removal of this action is therefore proper pursuant to 28 U.S.C. § 1441.

5.    This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6.    By this Notice of Removal, European Colour is not waiving, and expressly reserves its substantive and procedural defenses, including but not limited to, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, and that the Complaint fails to state a claim upon which relief can be granted.

7.    In accordance with Local Rule 81.1, European Colour will file with this Court attested copies of all records, proceedings and docket entries in the state court within thirty (30) days.

WHEREFORE, this action should be removed to the United States District Court for the District of Massachusetts.

EUROPEAN COLOUR, PLC

By their attorneys,

J. William Codinha, BBO No. 087740
Timothy W. Mungovan, BBO No. 600702
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

Dated:  March 22, 2005

A True Copy By Photostatic Process
Attest

Asst. Clerk of Courts

BOS1475398.1

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

SUPERIOR COURT DEPT. OF THE TRIAL COURT
CIVIL ACTION
No. : 05-50-B

[SEAL]

Gail Custadio, Administratrix of
the Estate of Stephen Custadio , Plaintiff (s)

v.

European Colour, PLC , Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: EUROPEAN COLOUR, PLC

You are hereby summoned and required to serve upon Jodi M. Petrucelli,
Sugarman and Sugarman, P.C.

plaintiff's attorney, whose address is One Beacon Street, 13th Floor, Boston, MA 02108

an answer to the complaint which is herewith served upon you, within (20) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the office of the Clerk of this
Court at Fall River, MA either before service upon plaintiff's attorney or within a
reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim
any claim which you may have against the plaintiff which arises out of the transaction or
occurrence that is the subject matter of the plaintiff's claim or you will thereafter be
barred from making such claim in any other action.

Witness, Hon. Barbara J. Rouse Adm. Justice of the Superior Court Dept. of the Trial
Court, at Fall River, the twenty-fourth day of February , in the year
of our Lord two thousand and five.

*[signature]* Mary F. Nevles, Esq.
*Magistrate*

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If
a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

*[left margin, rotated text]* NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

ZSC 24

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___ , I served a copy. of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)  (1-5) :

_____

_____

_____

Dated: _____, 20___          _____

N.B.  TO PROCESS SERVER: —
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  , 20  |
|---|

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.   05-50-3

BRISTOL, ss.

Gail Custodio, Administratrix
of the Estate of Stephen Custodio, Plaintiff (s)

v.

European Colony, PLC  _____, Defendant (s)

SUMMONS
(Mass. R. CIV. P. 4)

RETURN TO:

Jodi M. Petrucelli, Esq.,
Sugarman and Sugarman, P.C.
One Beacon Street, 13th Floor
Boston, MA 02108
(617) 542-1000

COMMONWEALTH OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No.    05-50-B

EUROPEAN COLOUR PLC,

Defendant

## COMPLAINT

### The Parties

1.     The plaintiff, Gail Custadio, Administratrix of the Estate of Stephen

Custadio, resides at 653 Highland Avenue, Dartmouth, County of Bristol,

Commonwealth of Massachusetts.

2.     At all material times the plaintiff, Gail Custadio, was the wife of the late

Stephen Custadio.

3.     The defendant, European Colour PLC, is a foreign corporation with an

usual place of business at Hempshaw Lane, Stockport, Cheshire, United Kingdom.

2

## The Facts

4.    The defendant, European Colour PLC, regularly conducts business within the Commonwealth of Massachusetts and regularly received profits from business conducted within the Commonwealth of Massachusetts.

5.    On or about November 20, 2003, the plaintiff's decedent, Stephen Custadio, was working within the scope of his employment at Roma Color, Inc. (E.C. Pigments USA), Fall River, County of Bristol, Commonwealth of Massachusetts.

6.    On the above date and place, while Mr. Custadio was standing on a materials lift, and exercising due care, the lift suddenly and without warning fell approximately two stories resulting in injury to Stephen Custadio.

7.    At all material times, the defendant, European Colour PLC, controlled, supervised, directed and/or was involved and responsible for the operation, safety, and supervision of Roma Color, Inc. and owed a duty to Roma Color, Inc. and its employees to ensure a safe work place.

8.    The incident described above was a result of the carelessness and negligence and/or gross negligence of the defendant, its servants, agents, employees and/or others for whom it may be legally responsible.

9.    As a result of the carelessness and negligence of the defendant as described above, the plaintiff's decedent suffered fatal injuries resulting in his death. After the incident described above and before his death, Stephen Custadio endured conscious pain and suffering.

10.    The plaintiff's decedent, Stephen Custadio, left surviving next of kin.

3

## CAUSES OF ACTION

(Each Cause of Action Specifically Incorporates by Reference
All of Those Paragraphs Previously Set Forth)

First Cause of Action

11.    This is an action by the plaintiff, Gail Custadio, Administratrix of the Estate of Stephen Custadio, against the defendant, European Colour PLC, for negligence resulting in personal injuries suffered by the decedent prior to his death.

Second Cause of Action

12.    This is an action by the plaintiff, Gail Custadio, Administratrix of the Estate of Stephen Custadio, against the defendant, European Colour PLC, for negligence resulting in the death of Stephen Custadio for the use of benefit of the next of kin of said decedent in accordance with the provisions of M.G.L. c. 229.

Third Cause of Action

13.    This is an action by the plaintiff, Gail Custadio, Administratrix of the Estate of Stephen Custadio, against the defendant, European Colour PLC, for punitive damages in causing the death of Stephen Custadio through gross negligence in accordance with the provisions of M.G.L. c. 229.

## Demands for Relief

14.    The plaintiff, Gail Custadio, as Administratrix of the Estate of Stephen Custadio, demands judgment against the defendant, European Colour PLC, with interest and costs, as to the First, Second and Third Causes of Action.

4

## Jury Claim

15.   The plaintiff claims a trial by jury.

PLAINTIFF,

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Neil Sugarman - BBO #484340
Jodi M. Petrucelli - BBO #561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

Dated: January 13 , 2005

IMAN 145990v1

| CIVIL ACTION COVER SHEET | DOCKET NO(S) | Trial Court of Massachusetts Superior Court Department County: Bristol |
|---|---|---|

**PLAINTIFF(S)**
Gail Custadio, Administratrix of the Estate of Stephen Custadio

**DEFENDANT(S)**
European Colour PLC

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**  617-542-1000
Neil Sugarman - BBO#484340
Jodi M. Petrucelli - BBO#561911
Sugarman and Sugarman, P.C., One Beacon St.,
Board of Bar Overseers number:  13th Floor, Boston, MA 02108

**ATTORNEY (if known)**

**Origin code and track designation**

Place an X in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231, s.104 (before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231, s.102C(x)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (after trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B08 | Wrongful Death | ( A ) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date
   1. Total hospital expenses ....................................................... $
   2. Total Doctor expenses ......................................................... $
   3. Total chiropractic expenses ................................................. $
   4. Total physical therapy expenses ............................................ $
   5. Total other expenses (describe) ............................................ $
   Subtotal $  100,000.00

B. Documented lost wages and compensation to date .............. OVER ...... $
C. Documented property damages to date ....................................... $
D. Reasonably anticipated future medical and hospital expenses ........ $  100,000.00
E. Reasonably anticipated lost wages ............. PER YEAR .................. $
F. Other documented items of damages (describe)
   FUNERAL EXPENSES
   $   14,830.00

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
On November 20, 2003, Stephen Custadio, husband of Gail Custadio, was killed when a mechanical lift fell two flights to the ground. Prior to his death, Mr. Custadio suffered great pain and anguish.
   $  214,830.00
   TOTAL $  214,830.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE 1/13/05

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.
SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No. 05-50-B

EUROPEAN COLOUR PLC,

Defendant

### MOTION TO APPOINT SPECIAL PROCESS SERVER
### AND TO EXTEND TIME FOR SERVICE OF PROCESS
### ON THE DEFENDANT, EUROPEAN COLOUR PLC

The plaintiff moves that APS International, Ltd. be appointed special process server for the purpose of serving the defendant, European Colour PLC, pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, 20 UST 361. The plaintiff moves that an Order in the form attached hereto as "A" enter to appoint APS International, Ltd.

The plaintiff further moves that the time within which they must serve European Colour PLC, pursuant to the Hague Convention, be extended to three (3) months from the date of allowance of this Motion. As grounds for this extension, the plaintiff states as follows:

2

1. the defendant, European Colour PLC, is a foreign corporation based in Stockport, United Kingdom;

2. the plaintiff must serve European Colour PLC with the Summons and Complaint in this matter in accordance with the requirements of the Hague Convention and International law;

3. APS International, Ltd. is an international process server with the ability to properly serve European Colour PLC in the United Kingdom;

4. plaintiff's counsel has been informed by APS International that service in the United Kingdom, pursuant to the Hague Convention, normally takes 12 to 16 weeks.

THEREFORE, the plaintiff reasonably believes that three (3) months from the date of allowance of this Motion will be sufficient to complete service on European Colour PLC, pursuant to the Hague Convention.

PLAINTIFF,

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Neil Sugarman - BBO #484340
Jodi M. Petrucelli - BBO #561911
One Beacon Street
Boston, MA  02108
(617) 542-1000

Dated: February 7, 2005

IMAN 158843v1

EXHIBIT "A"

## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

Plaintiff

vs.

No. 05-50-B

EUROPEAN COLOUR PLC,

Defendant

### ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDER THAT:

APS International, Ltd. Is authorized to effect service or process on the

defendant, European Colour PLC, in the United Kingdom in accordance with the Hague

Convention and international law.

Dated:_____, 2005

_____, J.

IMAN 158844v1

EXHIBIT "A"

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.
                                        SUPERIOR COURT
                                        DEPARTMENT OF THE
                                        TRIAL COURT

GAIL CUSTADIO, ADMINISTRATRIX OF
THE ESTATE OF STEPHEN CUSTADIO,

                    Plaintiff

vs.                                     No.  05-50-B

EUROPEAN COLOUR PLC,

                    Defendant

## ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDER THAT:

    APS International, Ltd. is authorized to effect service or process on the

defendant, European Colour PLC, in the United Kingdom in accordance with the Hague

Convention and international law.

Dated: _Feb 22_, 2005              _E. Susan Carol_, J.

IMAN 158844v1



# NIXON PEABODY LLP
### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Timothy W. Mungovan
Direct Dial: (617) 345-1334
E-Mail: tmungovan@nixonpeabody.com

March 22, 2005

## BY HAND DELIVERY

Civil Clerk
Bristol Superior Court
9 Court Street, Room 13
Taunton, MA 02780

RE:    *Gail Custadio, Administratrix of the Estate of Stephen Custadio v. European Colour, PLC*, Civil Action No. 05-50-B

Dear Sir or Madam:

Enclosed for filing and docketing in the above-referenced matter please find the following:

1.    Notice of Filing for Removal with a copy of the Notice of Removal filed with the United States District Court for the District of Massachusetts.

After the enclosed has been docketed, please make a certified copy of the entire docket and the file in this matter. When the copies are ready, please call Gina McCreadie at 617-345-6189 and we will arrange for payment and delivery of the copies to the United States District Court for the District of Massachusetts. Please contact me if you require prepayment for the copies.

Thank you for your attention to this matter.

Very truly yours,

Timothy W. Mungovan

Enclosures
cc:    Neil Sugarman, Esq.
       Jodi M. Petrucelli, Esq.