UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, ADMINISTRATRIX OF THE ESTATE OF STEPHEN CUSTADIO,<br><br>    Plaintiff<br><br>vs.<br><br>EUROPEAN COLOUR PLC,<br><br>    Defendant | No. 05-CV-10556-JLT |

**PLAINTFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1, the plaintiff, Gail Custadio, with the assent of the defendant, European Colour PLC, requests that this Court enlarge the time for the plaintiff to respond to the Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment through and including May 30, 2005.  In support of this Motion, Ms. Custadio states as follows:

1.  This action was removed to the United States District for the District of Massachusetts on March 23, 2005 by the defendant, European Colour PLC.

2.  With the plaintiff's assent, the defendant received a 30 day extension to answer the Complaint.

3.  On April 27, 2005, in lieu of an answer, the defendant served the plaintiff with a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.  The Memorandum in Support of this Motion is 28 pages.

4.  Good cause exists for granting the plaintiff this enlargement. The defendant's Motion asserts several legal bases for dismissing the plaintiff's claims, including lack of personal jurisdiction, improper pleading and lack of justification for piercing the corporate veil. The plaintiff needs the additional time to review and evaluate the arguments and supporting affidavits put forth by the defendant and formulate a response.

5.  European Colour PLC has assented to this enlargement of time.

WHEREFORE, the plaintiff respectfully requests that this Court enlarge the time for the plaintiff to respond to the Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment through and including May 30, 2005.

Respectfully submitted,

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.


/s/Jodi M. Petrucelli
Neil Sugarman
Jodi M. Petrucelli
One Beacon Street, 13th Floor
Boston, MA 02108
Tel: (617) 542-1000
Fax: (617) 542-1359

Dated: May 10, 2005


IMAN 164110v1