**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| GAIL CUSTADIO,<br>Administratrix of the Estate of Stephen Custadio<br><br>Plaintiff,<br>v.<br><br>EUROPEAN COLOUR PLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-10556-JLT |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant Local Rule 7.1(B)(3) of the United States District Court for the District of

Massachusetts, Defendant European Colour plc ("European Colour"), through its counsel, with

the assent of Plaintiff Gail Custadio, Administratrix of the Estate of Stephen Custadio

("Custadio"), moves this Court for leave to file a reply to Plaintiff's Opposition to European

Colour's Motion to Dismiss or, in the Alternative, for Summary Judgment.  European Colour

further moves this Court to grant European Colour through and including June 24, 2005 to file

such reply.

In support of this motion, European Colour states as follows:

1.      A reply is necessary to address factual claims and legal arguments presented in

Plaintiff's Opposition.  For example, plaintiff makes certain assertions concerning the legal

standard for when discovery is appropriate prior to the adjudication of a motion to dismiss for

lack of personal jurisdiction that warrant, at a minimum, clarification.  Plaintiff also makes a

series of factual assertions purportedly based on documents which warrant a response.

BOS1497787.1

2.      Further, a reply would promote judicial economy by narrowing and clarifying the issues before the Court.

3.      Counsel for the Defendant requests until June 24, 2005 to file a reply because they have previous obligations that cannot be rescheduled.  Among other things, Timothy W. Mungovan will be in Zurich, Switzerland on business for much of the week of June 13, 2005 and Gina McCreadie has a trial beginning on June 13, 2005 in the United States District Court for the Eastern District of Virginia.  Therefore, it will be difficult, if not impossible, for counsel to file even a short reply before June 24, 2005.

4.      Custadio has assented to this motion for leave for European Colour to file a reply by June 24, 2005.

WHEREFORE, European Colour respectfully requests this Court to:

1.      Enter an Order granting European Colour leave to file a reply to Plaintiff's Opposition by June 24, 2005;

2.      Grant such other relief as justice requires.

Respectfully submitted,

EUROPEAN COLOUR, PLC

By its attorneys,


        /s/ Gina M. McCreadie
J. William Codinha, BBO No. 087740
Timothy W. Mungovan, BBO No. 600702
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300

Dated:  June 7, 2005

BOS1497787.1

2