UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, ADMINISTRATRIX OF THE ESTATE OF STEPHEN CUSTADIO,<br><br>Plaintiff<br><br>vs.<br><br>EUROPEAN COLOUR PLC,<br><br>Defendant | No. 05-CV-10556-JLT |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A RESPONSE TO THE DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGEENT**

Pursuant to the Local Rule 7.1(B)(3) of the United States District Court for the District of Massachusetts, the plaintiff Gail Custadio, with the assent of the defendant, European Colour PLC, asks this Court for a leave to file a response to the Defendant's Reply to Plaintiff's Opposition to its Motion to Dismiss or in the Alternative, Motion for Summary Judgment. Ms. Custadio further asks that this Court grant her through and including July 22, 2005 to file such response. In support of this Motion, Ms. Custadio states as follows:

1.  A brief response to the defendant's reply is necessary to address inaccurate statements of fact and law asserted for the first time in the defendant's reply. For example, the defendant's reply mischaracterizes the information supplied by the plaintiff in her Motion to Dismiss, incorrectly represents the plaintiff's position relating to

the worker's compensation statute, mischaracterizes the plaintiff's claims and misstates the relationship among the various entities at issue. The defendant also makes various objections to the documents produced by the plaintiff in support of her opposition which warrant a response.

2. Further, a response would aid the Court in deciding this Motion by clarifying the issues before it.

3. Counsel for the plaintiff requests until July 22, 2005 to file a response because of scheduled vacation days surrounding the 4th of July holiday.

4. European Colour PLC has assented to this Motion.

WHEREFORE, Gail Custadio respectfully requests that this Court enter an Order granting her leave to file a response to the defendant's reply brief by July 22, 2005.

Respectfully submitted,

PLAINTIFF,

By Her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

/s/Jodi M. Petrucelli
Neil Sugarman - BBO #484340
Jodi M. Petrucelli - BBO #561911
One Beacon Street
Boston, MA 02108
(617) 542-1000

Dated: June 29 , 2005

IMAN 166706v1