UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, ADMINSITRATRIX OF THE ESATE OF STEPHEN CUSTADIO, <br><br> Plaintiffs <br><br> v. <br><br> EUROPEAN COLOUR, PLC, <br><br> Defendants | NO. 05-CV-10556-JLT |

## PLAINTIFF'S RULE 16.1 CERTIFICATION

The plaintiff, Gail Custadio, hereby certifies that she has conferred with her counsel:

1. with the view to establishing a budget for the costs of conducting the full course and various courses of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26 DAY OF SEPTEMBER, 2005.

_____
JODI M. PETRUCELLI
SUGARMAN AND SUGARMAN, P.C.
One Beacon Street, 13th Floor
Boston, MA 02108
(617) 542-1000
170737.1

_____
GAIL CUSTADIO
653 Highland Avenue
Dartmouth, MA 02747