IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, )<br>Administratrix of the Estate of Stephen Custadio )<br> )<br>Plaintiff, )<br>v. )<br> )<br>EUROPEAN COLOUR PLC )<br> )<br>Defendant. ) | Civil Action No. 05-CV-10556-JLT |

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

We, the undersigned, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

EUROPEAN COLOUR PLC

_____
Stephen Smith
Chairman

By its attorneys,

_____
J. William Codinha, BBO No. 087740
Timothy W. Mungovan, BBO No. 600702
Gina M. McCreadie, BBO No. 661107
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: (617) 345-1000
Fax: (617) 345-1300

Dated: September 19, 2005