UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, Administratrix of the Estate of Stephen Custadio, | * * * |
| Plaintiff, | * * |
| v. | *   Civil Action No. 05-10556-JLT |
| | * * |
| EUROPEAN COLOUR PLC., | * * * |
| Defendants. | * |

ORDER

October 3, 2005

TAURO, J.

After a conference on October 3, 2005, this court hereby orders that:

1. Plaintiffs may depose the following: (1) Mike Clayton; (2) Steve Almeida; (3) a representative or representative of Giant Lift who had dealings with Roma Color and/or European Colour regarding repair or replacement of mechanical lifts at Roma Color; (4) Peter Desrosier; (5) Maximine Demelo; (6) a representative or representatives of the Fall River Police Department who were involved with the investigation of the accident; (7) John White; (8) Steven Smith; (9) Nadilio D. Almeida; (10) agents, servants, or employees of European Colour who have been physically present at the Roma Color Facility in Fall River, MA; and (11) European Colour, PLC pursuant to Rule 30(b)(6); (12) Roma Color pursuant to Rule 30(b)(6);

2. Plaintiffs may conduct interrogatories to determine whether depositions of the above named individuals will be necessary;

3. Plaintiffs shall make all requests for written discovery by November 30, 2005;

4. Defendant must reply to any demand for written discovery by January 31, 2006;

5. Defendant may depose the following: (1) Gail Custadio; (2) Adam Custadio; (3) Peter Derosiers; (4) Maximine Demelo; (5) John White; (6) Giant Lift Equipment Manufacturing Co., Inc. pursuant to Rule 30(b)(6); (7) Kara Custadio; (8) Todd Custadio; and (9) Monique Deschesnes;

6. All abovementioned depositions must be completed by November 30, 2006;

7. No additional discovery will be permitted without leave of this court; and

8. The Parties will appear before the court on December 5, 2006 at 10:00 a.m. for a Further Conference.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge