UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, Administratrix of the Estate of Stephen Custadio,<br><br>Plaintiff,<br><br>v.<br><br>EUROPEAN COLOUR, PLC,<br><br>Defendant. | NO. 05-CV-10556-JLT |

### NOTICE OF APPEARANCE

Kindly enter my appearance in behalf of defendant European Colour, PLC, in the above-entitled action.

Respectfully submitted,
Defendant,
By its attorneys,

John J. McGivney, BBO #333510
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
617-330-7000

### CERTIFICATE OF SERVICE

I, John J. McGivney, hereby certify that on this 7th day of November, 2005, I caused a copy of the foregoing to be served by hand upon:

Neil Sugarman, Esq.
Sugarman and Sugarman, P.C.
One Beacon Street
Boston, MA 02108

Timothy W. Mungovan, Esq.
Nixon Peabody
100 Summer Street
Boston, MA 02110

John J. McGivney