IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO,<br>Administratrix of the Estate of Stephen Custadio<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>EUROPEAN COLOUR PLC<br><br>　　　　　　　　　　Defendant. | Civil Action No. 05-CV-10556-JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter the withdrawal of J. William Codinha, Timothy W. Mungovan, and Gina M. McCreadie, and the law firm of Nixon Peabody LLP as counsel for Defendant European Colour plc.

John J. McGivney, of the law firm of Rubin and Rudman LLP, has already filed a notice of appearance as successor counsel.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　EUROPEAN COLOUR PLC

　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　 /s/ Gina M. McCreadie
　　　　　　　　　　　　　　　　　　　J. William Codinha, BBO No. 087740
　　　　　　　　　　　　　　　　　　　Timothy W. Mungovan, BBO No. 600702
　　　　　　　　　　　　　　　　　　　Gina M. McCreadie, BBO No. 661107
　　　　　　　　　　　　　　　　　　　NIXON PEABODY LLP
　　　　　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　Tel:  (617) 345-1000
Dated:  November 9, 2005　　　　　　　Fax:  (617) 345-1300

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2005, I served a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* on the following persons via overnight mail:

Michael Quayle
Finance Director
European Colour plc
Hempshaw Lane
Stockport, Cheshire
SK1 4LG

Jodi Petrucelli, Esq.
Sugarman and Sugarman, P.C.
One Beacon Street
Boston, MA  02108

John J. McGivney, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA  02110

                                               /s/ Gina M. McCreadie
                                                   Gina M. McCreadie