

**RUBIN AND RUDMAN LLP**
Attorneys at Law

T. 617.330.7000    F. 617.330.7550
50 Rowes Wharf, Boston, MA 02110

John J. McGivney
Direct Dial: (617) 330-7017
E-mail: jmcgivney@rubinrudman.com

March 24, 2006

BY HAND and ELECTRONIC FILING

Civil Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    Custadio v. European Colour PLC
             United States District Court for the District of Massachusetts
             Civil Action No. 05-CV-10556-JLT

Dear Clerk of Courts:

    I have received a copy of the letter from James Hennessy, General Manager of Giant Lift Equipment Mfg. Co., Inc. ("Giant Lift"), the documents of which I have subpoenaed in the above-entitled matter. Please be advised that on Wednesday, March 22, 2006, in the telephone call I received from Mr. Hennessy, I agreed with him to a 30-day extension of time within which Giant Lift may comply with the subpoena.

    Thank you for your attention to this matter.

Very truly yours,

John J. McGivney

JJM:ld
cc:    Jodi M. Petrucelli, Esq.
       Mr. James Hennessy