UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 28 P 2: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

GAIL CUSTADIO, Administratrix of           )
the Estate of Stephen Custadio,            )
                                           )       NO. 05-CV-10556-JLT
           Plaintiff,                      )
                                           )
v.                                         )
                                           )
EUROPEAN COLOUR, PLC,                      )
                                           )
           Defendant.                      )

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of the following as counsel for defendant European Colour, plc:

Christopher D. Welch          Christopher D. Welch
Rubin and Rudman LLP          Rubin Rudman Chamberlain & Marsh
749 Main Street               99 Willow Street
Osterville, MA 02655          Yarmouth Port, MA 02675

Christopher D. Welch
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Counsel for defendant European Colour, plc remains:

John J. McGivney
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Respectfully submitted,
Defendant,
European Colour, plc,
By its attorneys,

John J. McGivney, BBO #333510
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA  02110
(617) 330-7000

CERTIFICATE OF SERVICE

I, John J. McGivney, hereby certify that on this 27 day of July, 2006, I caused a copy of the foregoing to be served by mail/hand upon:

Neil Sugarman, Esq.
Jodi M. Petrucelli, Esq.
Sugarman and Sugarman, P.C.
One Beacon Street
Boston, MA 02108

John J. McGivney