UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GAIL CUSTADIO, Administratrix of the Estate of Stephen Custadio, | * * * | |
| Plaintiff, | * * | |
| v. | * * * | Civil Action No. 05-10556-JLT |
| EUROPEAN COLOUR PLC., | * * * | |
| Defendant. | * | |

ORDER

December 12, 2006

TAURO, J.

After a conference on December 12, 2006, this court hereby orders that:

1. Parties shall report results of their mediation to Courtroom Clerk Zita Lovett by February 28, 2007; and

2. No additional discovery will be permitted without leave of this court.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge