

**RUBIN AND RUDMAN LLP**
Attorneys at Law

T: 617.330.7000  F: 617.330.7550
50 Rowes Wharf, Boston, MA 02110

John J. McGivney
Direct Dial: (617) 330-7017
E-mail: jmcgivney@rubinrudman.com

December 22, 2006

<u>BY HAND and ELECTRONIC FILING</u>

Ms. Zita Lovett, Courtroom Clerk
to the Hon. Joseph L. Tauro
Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

  Re: <u>Custadio v. European Colour plc</u>
     United States District Court for the District of Massachusetts
     Civil Action No. 05-CV-10556-JLT

Dear Ms. Lovett:

  On December 12, 2006, Judge Tauro's Order was entered on the docket, ordering that the "[p]arties shall report results of their mediation to Courtroom Clerk Zita Lovett by February 28, 2007 ... ." The Order was entered after counsel for plaintiff, Neil Sugarman, Esq., and I appeared for a status conference before Judge Tauro on the morning of December 12th. At the status conference, we asked for a further status conference in February, as we are awaiting word from CNA, an insurance company, on whether it will provide coverage to my client, defendant European Colour plc, for the claims alleged in this action. Our hope was that we would have a positive response from CNA by sometime in February and then be able to arrange for CNA's participation, along with other insurers, at a mediation of the case. That is still our hope but we did not intend to represent to the Court that we could necessarily conduct a mediation by February 28, 2007. I am writing this letter so that the Court will not be misled as to the expectations of the parties or their counsel. We will, of course, report on our progress by February 28th.

  Thank you for your attention to this matter.

               Very truly yours,

               John J. McGivney

JJM:ld
cc: Neil Sugarman, Esq. (by mail)

WWW.RUBINRUDMAN.COM