**RUBIN AND RUDMAN LLP**
Attorneys at Law

T: 617.330.7000   F: 617.330.7550
50 Rowes Wharf, Boston, MA 02110

John J. McGivney
Direct Dial: (617) 330-7017
E-mail: jmcgivney@rubinrudman.com

February 26, 2007

BY MAIL and ELECTRONIC FILING

Ms. Zita Lovett, Courtroom Clerk
to the Hon. Joseph L. Tauro
Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Custadio v. European Colour plc
      United States District Court for the District of Massachusetts
      Civil Action No. 05-CV-10556-JLT

Dear Ms. Lovett:

In accordance with the Court's Order of December 12, 2006, please be advised that the parties to the above-entitled matter have agreed to mediate, with Paul L. Cummings, Esq. serving as mediator, at 9:30 a.m. on Thursday, April 26, 2007. As we reported at the time of our status conference with Judge Tauro on December 12th, the potential third party defendant, L.K. Goodwin Co., has agreed to participate in that mediation as well.

Thank you for your attention to this matter.

Very truly yours,

John J. McGivney

JJM:ld
cc:   Neil Sugarman, Esq. (by mail)
      Robert H. Gaynor, Esq. (by mail)

WWW.RUBINRUDMAN.COM