UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, ADMINISTRATRIX OF THE ESTATE OF STEPHEN CUSTADIO,<br><br>　　　　Plaintiff<br><br>v.<br><br>EUROPEAN COLOUR PLC,<br><br>　　　　Defendant | NO. 05-CV-10556-JLT |

**PETITION FOR APPROVAL OF SETTLEMENT AND ALLOCATION OF SETTLEMENT PROCEEDS**

The plaintiff hereby petitions this Court, pursuant to M.G.L. c. 152, §15, for approval of the settlement of her claims as the Administratrix of the Estate of the decedent, Stephen Custadio, in the above action against the defendant, European Colour PLC. Terms of the settlement are described below.

**I.    BRIEF STATEMENT OF THE CASE AND PROCEDURAL HISTORY**

On November 20, 2003, Stephen Custadio was killed during the course of his employment for Roma Color, Inc. in Fall River, MA. Mr. Custadio was attempting to repair a vertical mechanical lift when the lift suddenly plunged from the second floor to the first floor fatally injuring Mr. Custadio. European Colour PLC is the indirect parent company of Mr. Custadio's employer. The plaintiff brought claims in this lawsuit against European Colour PLC based on its negligence, which the plaintiff alleges resulted in the failure to properly maintain and/or replace the lift involved in Mr. Custadio's accident.

Mr. Custadio was 53 years old at the time of his death. He leaves behind his wife, Gail Custadio, and his three children, Todd Custadio, age 30; Adam Custadio, age 26; and Kara Custadio, age 23. Gail Custadio brought this claim in her capacity as the Administratrix of Stephen Custadio's Estate for the benefit of herself and her three children.

## II.   SETTLEMENT

On April 26, 2007, the plaintiff and her counsel, and the insurers and counsel for European Colour PLC and potential third-party defendant L.K. Goodwin Co., attended a mediation and agreed to settle the claims asserted or which could have been asserted in this lawsuit for the amount of Two Million Seven Hundred Fifty Thousand ($2,750,000.00) Dollars. This settlement includes a lump sum agreement on Mr. Custadio's workers' compensation benefits and is subject to the approval of this Court and the approval of the lump sum agreement by the Department of Industrial Accidents.

In accordance with M.G.L. c. 152, Mrs. Custadio received weekly death benefits from the Hartford Insurance Company ("Hartford"), totaling $162,732.22 (as of 6/5/07). Hartford has a lien for these payments, less its proportionate share of attorneys' fees and out-of-pocket expenses. A Hartford affiliate is also one of the insurers for the defendant in this action, European Colour PLC, and for L.K. Goodwin Co. As a condition of this settlement, Hartford and Mrs. Custadio have agreed to lump sum her workers' compensation benefits for the amount of One ($1.00) Dollar and Hartford has agreed to waive its right of lien on this matter. A copy of the Agreement filed at the Department of Industrial Accidents evidencing this is attached as **Exhibit 1**.

The law firm of Sugarman and Sugarman, P.C. having represented the plaintiff in this action, pursuant to a Contingent Fee Agreement, is entitled to receive a fee in the amount of one-third (1/3) of the total settlement, as well as reimbursement of its out-of-pocket expenses in the amount of $40,445.23, see **Exhibit 2**. The total amount due to Sugarman and Sugarman, P.C. is $957,111.90.

The plaintiff, as Administratrix of the Estate of Stephen Custadio, will take the total amount of $1,792,888.20 from this settlement of the wrongful death claim. Of that amount, fifty percent (50%) or $896,444.10 will be distributed to Mr. Custadio's wife, Gail Custadio, and the remaining fifty percent (50%) will be distributed equally among their three children.

### III.  SUMMARY OF DISTRIBUTION

In accordance with the above, the plaintiff requests that the settlement checks totalling Two Million Seven Hundred Fifty Thousand ($2,750,000.00) Dollars be issued, payable to Sugarman and Sugarman, P.C., as Attorneys for Gail Custadio, Administratrix, and that the proceeds be distributed by Sugarman and Sugarman, P.C. as follows:

| | | |
|---|---|---|
| A. | Gail Custadio | $896,444.10; |
| B. | Todd Custadio | $298,814.70; |
| C. | Adam Custadio | $298,814.70; |
| D. | Kara Custadio | $298,814.70; |
| E. | Sugarman and Sugarman, P.C. | $957,111.80. |

## IV. CONCLUSION

The plaintiff asks that this settlement and disbursement be approved by the Court.

PLAINTIFF,

By her attorneys,

SUGARMAN AND SUGARMAN, P.C.

/s/Jodi M. Petrucelli
Neil Sugarman-BO# 484340
nsugarman@sugarman.com
Jodi M. Petrucelli-BO# 561911
jpetrucelli@sugarman.com
One Beacon Street
Boston, Massachusetts 02108
617-542-1000

Gail Custadio, Administratrix of the
Estate of Stephen Custadio

ASSENTED TO:

DEFENDANT,
EUROPEAN COLOUR PLC

RUBIN AND RUDMAN LLP

/s/ John J. McGivney
John J. McGivney, Esq.
BBO# 333510
50 Rowes Wharf
Boston, MA 02110
(617) 617-330-7000
jmcgivney@rubinrudman.com

Dated: May 18, 2007

APPROVED BY:

Date: _____, 2007

Justice of the United States District Court

203143.1

IV.   **CONCLUSION**

The plaintiff asks that this settlement and disbursement be approved by the Court.

PLAINTIFF,

By her attorneys,

SUGARMAN AND SUGARMAN, P.C.

_____          _____
Neil Sugarman-BO# 484340                Gail Custadio, Administratrix of the
nsugarman@sugarman.com                  Estate of Stephen Custadio
Jodi M. Petrucelli-BO# 561911
jpetrucelli@sugarman.com
One Beacon Street
Boston, Massachusetts 02108
617-542-1000

<u>ASSENTED TO</u>:

DEFENDANT,
EUROPEAN COLOUR PLC

RUBIN AND RUDMAN LLP


_____          _____
John J. McGivney, Esq.                  Date
BBO# 333510
50 Rowes Wharf
Boston, MA 02110
(617) 617-330-7000
jmcgivney@rubinrudman.com

APPROVED BY:

Date: _____, 2007              _____
                                        Justice of the United States District Court

203143.1

4



**FORM 117**

The Commonwealth of Massachusetts
**Department of Industrial Accidents**
600 Washington Street - 7th Floor, Boston, Massachusetts 02111
Info. Line 800-323-3249 ext. 470 in Mass. Outside Mass. - 617-727-4900 ext. 470
http://www.state.ma.us/dia

**AGREEMENT FOR REDEEMING LIABILITY
BY LUMP SUM UNDER G.L. CH. 152
FOR INJURIES OCCURRING ON OR AFTER NOV. 1, 1986**

DIA Board # (If Known):

37206-03

Page 1 of 2
*Please Print or Type*

| | |
|---|---|
| EMPLOYEE CUSTADIO, Stephen J. (deceased) | LUMP SUM AMOUNT  $ 1.00 |
| EMPLOYER EC Pigments d/b/a Roma Color, Inc. | TOTAL DEDUCTIONS $ 0.00 |
| INSURER The Hartford c/o Gallagher Bassett Claim Services | NET TO CLAIMANT  $ 1.00 |
| BOARD NUMBER 37206-03 | TOTAL PAYMENTS  $ 162,732.22 (Weekly benefits plus lump sum) |
| DATE OF INJURY 11/20/03 | |

CHECK WHERE APPLICABLE

(X)  Liability has been established by acceptance or by standing decision of the Board, the Reviewing Board, or a court of the Commonwealth and this settlement shall not redeem liability for the payment of medical benefits and vocational rehabilitation benefits with respect to such injury.

( )  Liability has NOT been established by standing decision of the Board, the Reviewing Board, or a court of the Commonwealth and this settlement shall redeem liability for the payment of medical benefits and vocational rehabilitation benefits with respect to such injury.

(X)  In addition to the lump-sum, the insurer agrees to pay all outstanding reasonable and related medical bills incurred as of this date.

( )  The employee is currently receiving a cost-of-living adjustment.

DEDUCTIONS: From the lump-sum amount as stated above, the amount(s) listed below will be deducted and paid directly to the following parties:

| | NAME | ADDRESS |
|---|---|---|
| 1. $ 0.00 Attorney's Fee | John D. Hislop, III, Esquire | 15 Walnut Street, Suite 400 Wellesley, MA  02481 |
| 2. $ _____ Attorney's Expenses | (Please attach documentation) | |
| 3. $ _____ Liens | (Please attach discharges) | |
| 4. $ _____ Inchoate Rights | (Please specify release) | |
| 5. $ _____ | | |
| 6. $ _____ | | |
| 7. $ _____ | | |

(OVER)          Form 117 - Revised 8/2001 - Reproduce as needed.

LAW OFFICE OF
SUGARMAN AND SUGARMAN, P.C.

Paul R. Sugarman
Neil Sugarman
W. Thomas Smith
Robert W. Casby
Valerie A. Yarashus
Jodi M. Petrucelli
Marianne C. LeBlanc
G. Thomas Pauling
Stephen K. Sugarman
Benjamin R. Zimmermann
David P. McCormack

One Beacon Street
Boston, Massachusetts 02108
Telephone (617) 542-1000
Telecopier (617) 542-1359

DATE: 4/6/04

**CONTINGENT FEE AGREEMENT**

The Client, Gail F. Custadio, Administratrix of the Estate of Stephen J. Custadio, of 653 Highland Avenue, Dartmouth, MA, 02747, retains SUGARMAN AND SUGARMAN, P.C. to perform the legal services mentioned in paragraph (1) below. The Attorneys agree to perform the services faithfully and with due diligence.

(1) The services to be performed are: to handle, compromise, adjust and do any and all necessary things in the prosecution of any claims which the client(s) may have for conscious pain and suffering and death of Stephen J. Custadio against L.K. Goodwin,, and/or any other person, persons, firm or entity liable to pay damages arising out of an incident which occurred on or about November 20, 2003, at Fall River, MA.

(2) The contingency upon which compensation is to be paid is the collection of monies following settlement or award on the claim or claims set forth in paragraph (1) above.

(3) With the exception of those amounts ordered by the Court or directed by statute, the client is not liable to pay compensation, court costs, or expenses of litigation otherwise than from amounts collected for the client by the Attorneys.

(4) Reasonable compensation on the foregoing contingency is to be paid by the Client to the Attorneys, but such compensation (including that of any associated counsel) is not to exceed the greater of thirty-three and one-third (33-1/3%) per cent of the gross amount collected or attorneys fees awarded pursuant to statute, except as follows:

   (a) In the event that an appeal is taken by the plaintiff or the defendant to the Supreme Judicial Court of Massachusetts or any other appellate court, following which monies are collected by the Attorneys, the Client shall pay to the Attorneys, an additional five (5%) per cent, over and above the above-mentioned 33-1/3%.

   (b) In the event that a verdict is set aside on motion for a new trial and a second trial is had before collection of the claim, the Client shall pay to the Attorneys an additional five (5%) per cent, over and above the above-mentioned 33-1/3%.

(5) In the event of periodic payments ("structured settlement"), the contingency fee will be paid at the time of settlement, and will be based upon the actual cost of the periodic payments.

(6) The Client is in any event liable to the Attorneys for reasonable expenses and disbursements, subject to the terms and conditions of paragraph (3) above.

(7) This agreement and its performance are subject to General Rule 3:05 of the Supreme Judicial Court of Massachusetts.

I HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT.

WITNESS:

_Maurice J Donovan_

_Gail F Custadio_
(signature of client)
SUGARMAN AND SUGARMAN, P.C.

BY _____
(signature of attorney)

THIS IS TO ACKNOWLEDGE RECEIPT OF AN EXECUTED COPY OF THE WITHIN AGREEMENT

_____          _____
(date)                           (signature of client)

Sugarman and Sugarman, P.C.

Expense Report

All Transactions

05/09/07

| Type | Date | Name | Memo | Class | Amount |
|---|---|---|---|---|---|
| **1100 · Client cost advances** | | | | | |
| Bill | 12/4/2003 | 03-396 Gail F. Custadio | Joe Morrissey - Elevator Consulting | Consultation (professional) | 1,200.00 |
| General Journal | 12/12/2003 | 03-396 Gail F. Custadio | .... | Copies | 1.25 |
| General Journal | 12/12/2003 | 03-396 Gail F. Custadio | .... | Postage | 0.74 |
| Bill | 1/5/2004 | 03-396 Gail F. Custadio | Ritz Camera | Photos & photocopies | 25.99 |
| General Journal | 1/13/2004 | 03-396 Gail F. Custadio | .... | Postage | 1.29 |
| General Journal | 1/14/2004 | 03-396 Gail F. Custadio | .... | Copies | 8.50 |
| General Journal | 1/30/2004 | 03-396 Gail F. Custadio | .... | Copies | 1.00 |
| Bill | 2/5/2004 | 03-396 Gail F. Custadio | Bristol County Probate Court | Court Costs & Filing Fee | 125.00 |
| General Journal | 2/5/2004 | 03-396 Gail F. Custadio | .... | Copies | 2.25 |
| Bill | 2/24/2004 | 03-396 Gail F. Custadio | Joe Morrissey - Elevator Consulting | Consultation (professional) | 422.20 |
| General Journal | 3/10/2004 | 03-396 Gail F. Custadio | .... | Copies | 3.00 |
| General Journal | 3/10/2004 | 03-396 Gail F. Custadio | .... | Postage | 1.48 |
| Bill | 3/16/2004 | 03-396 Gail F. Custadio | Bristol County Probate Court | Court Costs & Filing Fee | 130.00 |
| General Journal | 3/16/2004 | 03-396 Gail F. Custadio | .... | Copies | 1.00 |
| General Journal | 4/1/2004 | 03-396 Gail F. Custadio | .... | Copies | 0.75 |
| General Journal | 4/8/2004 | 03-396 Gail F. Custadio | .... | Copies | 1.00 |
| General Journal | 6/2/2004 | 03-396 Gail F. Custadio | .... | Copies | 0.25 |
| General Journal | 6/2/2004 | 03-396 Gail F. Custadio | .... | Postage | 0.37 |
| General Journal | 6/9/2004 | 03-396 Gail F. Custadio | .... | Copies | 12.25 |
| Bill | 8/24/2004 | 03-396 Gail F. Custadio | U.S. Dep-t of Labor | Photos & photocopies | 94.39 |
| General Journal | 10/28/2004 | 03-396 Gail F. Custadio | .... | Copies | 0.75 |
| General Journal | 10/28/2004 | 03-396 Gail F. Custadio | .... | Postage | 0.74 |
| Bill | 1/13/2005 | 03-396 Gail F. Custadio | Bristol Superior Court | Court Costs & Filing Fee | 275.00 |
| General Journal | 1/13/2005 | 03-396 Gail F. Custadio | .... | Copies | 3.50 |
| General Journal | 1/13/2005 | 03-396 Gail F. Custadio | .... | Postage | 5.45 |
| General Journal | 2/4/2005 | 03-396 Gail F. Custadio | .... | Copies | 3.50 |
| General Journal | 2/4/2005 | 03-396 Gail F. Custadio | .... | Postage | 0.60 |
| General Journal | 2/14/2005 | 03-396 Gail F. Custadio | .... | Copies | 0.25 |
| Bill | 2/24/2005 | 03-396 Gail F. Custadio | APS International | Sheriff's & Constable Fees | 900.00 |
| General Journal | 2/24/2005 | 03-396 Gail F. Custadio | .... | Copies | 9.25 |
| Bill | 4/14/2005 | 03-396 Gail F. Custadio | Acc# 1026-7654-8 | Deliveries:FedEx | 18.35 |
| General Journal | 4/28/2005 | 03-396 Gail F. Custadio | .... | Copies | 31.75 |
| General Journal | 5/23/2005 | 03-396 Gail F. Custadio | .... | Copies | 63.25 |
| General Journal | 5/26/2005 | 03-396 Gail F. Custadio | .... | Copies | 38.75 |
| Bill | 5/26/2005 | 03-396 Gail F. Custadio | 114NJX | Research (computer databa... | 144.53 |
| Bill | 6/6/2005 | 03-396 Gail F. Custadio | Michael Paige | Travel & Parking | 10.50 |
| Bill | 6/17/2005 | 03-396 Gail F. Custadio | 114NJX | Research (computer databa... | 277.62 |
| Bill | 6/30/2005 | 03-396 Gail F. Custadio | JKL Reports | Investigations & Private Inves. | 369.40 |
| General Journal | 8/19/2005 | 03-396 Gail F. Custadio | .... | Copies | 29.75 |
| General Journal | 8/19/2005 | 03-396 Gail F. Custadio | .... | Postage | 0.37 |
| Bill | 8/22/2005 | 03-396 Gail F. Custadio | 114NJX | Research (computer databa... | 160.22 |
| General Journal | 9/16/2005 | 03-396 Gail F. Custadio | .... | Color Copies | 25.90 |
| General Journal | 9/19/2005 | 03-396 Gail F. Custadio | .... | Copies | 90.25 |
| General Journal | 9/26/2005 | 03-396 Gail F. Custadio | .... | Copies | 4.75 |
| General Journal | 10/3/2005 | 03-396 Gail F. Custadio | .... | Copies | 78.25 |
| General Journal | 10/3/2005 | 03-396 Gail F. Custadio | VOID: .... | Copies | 0.00 |
| General Journal | 10/7/2005 | 03-396 Gail F. Custadio | .... | Copies | 417.00 |
| General Journal | 10/7/2005 | 03-396 Gail F. Custadio | .... | Postage | 6.40 |
| General Journal | 10/7/2005 | 03-396 Gail F. Custadio | VOID: .... | Postage | 0.00 |
| General Journal | 10/14/2005 | 03-396 Gail F. Custadio | .... | Copies | 1.00 |
| General Journal | 10/14/2005 | 03-396 Gail F. Custadio | VOID: .... | Copies | 0.00 |
| Bill | 10/17/2005 | 03-396 Gail F. Custadio | 114NJX | Research (computer databa... | 202.50 |
| Bill | 11/8/2005 | 03-396 Gail F. Custadio | | Deliveries:Breadrunner Cour... | 6.75 |
| General Journal | 11/10/2005 | 03-396 Gail F. Custadio | .... | Copies | 1.75 |
| General Journal | 11/10/2005 | 03-396 Gail F. Custadio | .... | Postage | 0.60 |
| General Journal | 11/18/2005 | 03-396 Gail F. Custadio | .... | Color Copies | 29.60 |
| Bill | 11/22/2005 | 03-396 Gail F. Custadio | 114NJX | Research (computer databa... | 60.31 |
| General Journal | 11/23/2005 | 03-396 Gail F. Custadio | .... | Copies | 3.75 |
| General Journal | 11/23/2005 | 03-396 Gail F. Custadio | .... | Postage | 1.98 |
| General Journal | 1/25/2006 | 03-396 Gail F. Custadio | .... | Copies | 8.00 |
| General Journal | 1/25/2006 | 03-396 Gail F. Custadio | .... | Postage | 1.74 |
| General Journal | 3/6/2006 | 03-396 Gail F. Custadio | .... | Copies | 0.25 |
| General Journal | 3/6/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.39 |
| General Journal | 4/12/2006 | 03-396 Gail F. Custadio | .... | Copies | 3.00 |
| General Journal | 4/21/2006 | 03-396 Gail F. Custadio | .... | Copies | 1.00 |
| General Journal | 4/27/2006 | 03-396 Gail F. Custadio | .... | Color Copies | 0.50 |
| General Journal | 4/28/2006 | 03-396 Gail F. Custadio | .... | Copies | 5.75 |
| General Journal | 4/28/2006 | 03-396 Gail F. Custadio | .... | Postage | 1.89 |
| General Journal | 5/3/2006 | 03-396 Gail F. Custadio | .... | Copies | 5.50 |
| General Journal | 5/3/2006 | 03-396 Gail F. Custadio | .... | Postage | 1.89 |
| General Journal | 5/9/2006 | 03-396 Gail F. Custadio | .... | Copies | 0.50 |
| General Journal | 5/26/2006 | 03-396 Gail F. Custadio | .... | Copies | 0.50 |
| General Journal | 5/26/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.78 |
| General Journal | 5/30/2006 | 03-396 Gail F. Custadio | .... | Copies | 1.25 |
| General Journal | 5/30/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.63 |
| General Journal | 6/9/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.39 |
| General Journal | 6/15/2006 | 03-396 Gail F. Custadio | .... | Copies | 1.25 |

Sugarman and Sugarman, P.C.

Expense Report

All Transactions

05/09/07

| Type | Date | Name | Memo | Class | Amount |
|---|---|---|---|---|---|
| General Journal | 6/15/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.39 |
| Deposit | 6/16/2006 | 03-396 Gail F. Custadio | Constable ROnald Digiorgio- reimb. of expenses | | -52.00 |
| General Journal | 6/20/2006 | 03-396 Gail F. Custadio | .... | Color Copies | 20.35 |
| Bill | 6/26/2006 | 03-396 Gail F. Custadio | Ronald M.DiGiorgio & Associates | Sheriff's & Constable Fees | 100.00 |
| General Journal | 7/6/2006 | 03-396 Gail F. Custadio | .... | Copies | 5.25 |
| General Journal | 7/6/2006 | 03-396 Gail F. Custadio | .... | Postage | 1.59 |
| Bill | 7/14/2006 | 03-396 Gail F. Custadio | Esquire Corporate Svs-07/30/01 | Depositions | 645.20 |
| Bill | 7/14/2006 | 03-396 Gail F. Custadio | Target Litigation Consulting | Consultation (professional) | 1,302.85 |
| Bill | 7/14/2006 | 03-396 Gail F. Custadio | | Travel & Parking | 18.00 |
| General Journal | 7/19/2006 | 03-396 Gail F. Custadio | .... | Copies | 0.50 |
| General Journal | 7/19/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.39 |
| General Journal | 7/27/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.78 |
| Bill | 7/28/2006 | 03-396 Gail F. Custadio | Esquire Corporate Svs-07/30/01 | Depositions | 645.20 |
| General Journal | 7/31/2006 | 03-396 Gail F. Custadio | .... | Copies | 1.00 |
| General Journal | 8/17/2006 | 03-396 Gail F. Custadio | .... | Copies | 0.50 |
| General Journal | 8/17/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.78 |
| General Journal | 8/28/2006 | 03-396 Gail F. Custadio | .... | Postage | 5.60 |
| General Journal | 8/30/2006 | 03-396 Gail F. Custadio | .... | Copies | 35.75 |
| General Journal | 8/30/2006 | 03-396 Gail F. Custadio | .... | Color Copies | 66.60 |
| General Journal | 9/5/2006 | 03-396 Gail F. Custadio | .... | Copies | 3.75 |
| General Journal | 9/8/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.87 |
| Bill | 9/14/2006 | 03-396 Gail F. Custadio | Target Ligigation | Consultation (professional) | 193.65 |
| Bill | 9/14/2006 | 03-396 Gail F. Custadio | Esquire Corporate Svs- | Depositions | 727.15 |
| Bill | 9/14/2006 | 03-396 Gail F. Custadio | Target Ligigation | Consultation (professional) | 1,338.90 |
| General Journal | 9/14/2006 | 03-396 Gail F. Custadio | .... | Color Copies | 0.25 |
| General Journal | 9/18/2006 | 03-396 Gail F. Custadio | .... | Copies | 109.25 |
| General Journal | 9/20/2006 | 03-396 Gail F. Custadio | .... | Postage | 1.17 |
| Bill | 9/22/2006 | 03-396 Gail F. Custadio | England - NS | Travel & Parking | 6,039.40 |
| Bill | 9/22/2006 | 03-396 Gail F. Custadio | England - JMP | Travel & Parking | 6,039.40 |
| Bill | 9/22/2006 | 03-396 Gail F. Custadio | same - travel agency service fes | Travel & Parking | 80.00 |
| General Journal | 9/22/2006 | 03-396 Gail F. Custadio | .... | Copies | 98.00 |
| General Journal | 9/22/2006 | 03-396 Gail F. Custadio | .... | Color Copies | 452.65 |
| Bill | 10/3/2006 | 03-396 Gail F. Custadio | JMP | Miscellaneous Expenses | 420.00 |
| Bill | 10/11/2006 | 03-396 Gail F. Custadio | Leaivtt Reporting Svs. | Depositions | 726.83 |
| Bill | 10/11/2006 | 03-396 Gail F. Custadio | Leaivtt Reporting Svs. | Depositions | 660.74 |
| Bill | 10/11/2006 | 03-396 Gail F. Custadio | Duplicating Center | Film | 35.70 |
| Bill | 10/11/2006 | 03-396 Gail F. Custadio | Target Ligigation | Consultation (professional) | 58.29 |
| General Journal | 10/17/2006 | 03-396 Gail F. Custadio | .... | Copies | 72.25 |
| Bill | 10/18/2006 | 03-396 Gail F. Custadio | Depo's in England, Sept.-October 2006 | Miscellaneous Expenses | 150.00 |
| Bill | 11/3/2006 | 03-396 Gail F. Custadio | Esquire Corporate Svs- | Depositions | 1,263.25 |
| Bill | 11/3/2006 | 03-396 Gail F. Custadio | Lodging, meals, travel expenses in London, UK | Travel & Parking | 5,329.57 |
| Bill | 11/3/2006 | 03-396 Gail F. Custadio | Lodging, meals, other travel expenses in London, ... | Travel & Parking | 4,244.44 |
| Bill | 11/3/2006 | 03-396 Gail F. Custadio | Travel expenses in London, UK -JMP | Travel & Parking | 129.00 |
| Bill | 11/3/2006 | 03-396 Gail F. Custadio | same | Travel & Parking | 102.50 |
| General Journal | 11/7/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.78 |
| Bill | 11/20/2006 | 03-396 Gail F. Custadio | Elevator Consulting Associates | Consultation (professional) | 1,847.20 |
| General Journal | 11/30/2006 | 03-396 Gail F. Custadio | .... | Copies | 0.25 |
| General Journal | 12/8/2006 | 03-396 Gail F. Custadio | .... | Postage | 0.78 |
| Bill | 12/18/2006 | 03-396 Gail F. Custadio | 1100 | Deliveries:Breadrunner Cour... | 9.25 |
| General Journal | 2/5/2007 | 03-396 Gail F. Custadio | .... | Copies | 0.25 |
| General Journal | 2/23/2007 | 03-396 Gail F. Custadio | .... | Copies | 0.25 |
| General Journal | 4/12/2007 | 03-396 Gail F. Custadio | .... | Color Copies | 15.75 |
| General Journal | 4/23/2007 | 03-396 Gail F. Custadio | .... | Color Copies | 188.90 |
| General Journal | 4/24/2007 | 03-396 Gail F. Custadio | .... | Copies | 0.25 |
| General Journal | 4/25/2007 | 03-396 Gail F. Custadio | .... | Color Copies | 16.00 |
| Bill | 4/27/2007 | 03-396 Gail F. Custadio | Fade to Black | Depositions | 610.50 |
| Bill | 5/2/2007 | 03-396 Gail F. Custadio | Cummings, King & MacDonald | Mediation & Arbitration Fee | 1,333.33 |
| General Journal | 5/7/2007 | 03-396 Gail F. Custadio | .... | Copies | 2.50 |
| General Journal | 5/7/2007 | 03-396 Gail F. Custadio | .... | Postage | 1.26 |

Total 1100 · Client cost advances                                                        40,445.23

TOTAL                                                                                    40,445.23