UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL CUSTADIO, Administratrix of the Estate of Stephen Custadio, <br><br> Plaintiff, <br><br> v. <br><br> EUROPEAN COLOUR, PLC, <br><br> Defendant. | NO. 05-CV-10556-JLT |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Gail Custadio, Administratrix of the Estate of Stephen Custadio, and defendant European Colour plc hereby agree that all of the claims by plaintiff against defendant be and hereby are dismissed with prejudice, without costs, interest or attorneys' fees, and with all rights of appeal waived.

Respectfully submitted,
Plaintiff,
By her attorneys,

_/s/ Neil Sugarman (JMP)_
Neil Sugarman, BBO #484340
Jodi M. Petrucelli, BBO #561911
Sugarman and Sugarman PC
One Beacon Street
Boston, MA  02108
Tel. 617-542-1000
Fax 617-542-1359

Respectfully submitted,
Defendant,
By its attorneys,

_/s/ John J. McGivney_
John J. McGivney, BBO #333510
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA  02110
Tel. 617-330-7000
Fax 617-439-9556