CASE NO: (CIVIL) ~~(CRIMINAL)~~ 05cv10556

TITLE: Custadio _____ vs European Colour

## J U R Y   P A N E L

(1. _____  (7. _____
(2. _____  (8. _____
(3. _____  (9. _____
(4. _____  (10. _____
(5. _____  (11. _____
(6. _____  (12. _____

_____        _____
Alternate # 1                   Alternate # 2

_____        _____
Alternate # 3                   Alternate # 4

(PLTFF) ~~(GOV'T)~~       W I T N E S S E S       DEFENDANT

1. Gail Custadio _____    1. _____
2. _____      2. _____
3. _____      3. _____
4. _____      4. _____
5. _____      5. _____
6. _____      6. _____
7. _____      7. _____
8. _____      8. _____
9. _____      9. _____
10. _____      10. _____
11. _____      11. _____
12. _____      12. _____
13. _____      13. _____
14. _____      14. _____